ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| APTIM Federal Services, LLC | ) ASBCA No. 63864-ADR |
| | ) |
| Under Contract No. FA9101-16-D-0006 | ) |
| T.O. FA9101-19-F-0007 | |

APPEARANCES FOR THE APPELLANT:      Richard C. Johnson, Esq.
    Todd M. Garland, Esq.
    Scott Whitman, Esq.
     Haynes and Boone, LLP
     Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Caryl A. Potter, III, Esq.
     Air Force Deputy Chief Trial Attorney
    Maj. Ryan P. Payne, USAF
     Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE ARNETT

     The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

     It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $200,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

     Dated: April 22, 2025

                      LAURA J. ARNETT
                      Administrative Judge
                      Armed Services Board
                      of Contract Appeals

(Signatures continued)

I <u>concur</u>                                         I <u>concur</u>


OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                          Administrative Judge
Acting Chairman                                 Vice Chairman
Armed Services Board                         Armed Services Board
of Contract Appeals                            of Contract Appeals



      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63864-ADR, Appeal of
APTIM Federal Services, LLC, rendered in conformance with the Board's Charter.

      Dated:  April 22, 2025


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2